JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Jennifer Hayes ;
NA;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
Ford Motor Company ;
NA; Michigan
**County of Residence:** Outside This District

Additional Defendants(s):
Corporate Services Holdings, Inc., d/b/a Bartech ;
NA; Georgia

Kweon Pangyu;
NA; Missouri

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

John Cusick (Jennifer Hayes)
Barnes Law Firm, LLC
919 West 47th Street
Kansas City, Missouri 64112
**Phone:** 816 221-4321
**Fax:** 816 221-4321
**Email:** jcusick@law4321.com

Kyle Belew (Jennifer Hayes)
Barnes Law Firm
919 West 47th Street
Kansas City, Missouri 64112
**Phone:** 816 221-4321
**Fax:** 816 471-4321
**Email:** kbelew@law4321.com

**Defendant's Attorney(s):**

Stephen Bledsoe ( Ford Motor Company)
Berkowitz Oliver, LLP
2600 Grand Blvd., Ste 1200
Kansas City, Missouri 64108
**Phone:** 816 561-7007
**Fax:**
**Email:** sbledsoe@berkowitzoliver.com

C. Zachary Vaughn ( Corporate Services Holdings, Inc., d/b/a Bartech)
Wiedner & McAuliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis, Missouri 63105
**Phone:** 314 721-3400
**Fax:** 314 725-5755
**Email:** czvaughn@wmlaw.com

Brent L. Salsbury ( Corporate Services Holdings, Inc., d/b/a Bartech)
Wiedner & McAuliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis, Missouri 63105
**Phone:** 314 721-3400
**Fax:** 314 725-5755
**Email:** blsalsbury@wmlaw.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** NA
    **Defendant:** NA

**Origin:** 1. Original Proceeding

**Nature of Suit:** 350 Motor Vehicle Personal Injury
**Cause of Action:** 28 U.S.C. §§ 1446, 1441(a)&(b), and 1332(a)
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):**
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Brent L. Salsbury

**Date:** 10/21/2021

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.